# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Juan Angel LARA CORDON, | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | PETITION FOR |
| | : | WRIT OF HABEAS |
| | : | CORPUS |
| | : | No. 25-cv-6937 |
| JAMAL L. JAMISON, in his official capacity as Warden, Federal Detention Center, Philadelphia, et al., | : | |
|     Respondents. | : | |

## **ORDER**

**AND NOW,** this 29th day of December, 2025, upon consideration of Mr. Lara Cordon's Petition for Writ of Habeas Corpus (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1. Mr. Lara Cordon is not subject to mandatory detention under 8

1

U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

2. The Government shall **RELEASE** Mr. Lara Cordon from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 12:00 p.m. ET on December 30, 2025;

3. The Government is temporarily enjoined from re-detaining Mr. Lara Cordon for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Lara Cordon after that seven-day period, it must first provide him with a bond hearing where an Immigration Judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Lara Cordon from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines that Mr. Lara Cordon is subject to detention under 8 U.S.C. § 1226(a),

the Government may request permission from me to move Mr. Lara Cordon if unforeseen or emergency circumstances arise that require him to be removed. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Mr. Lara Cordon.

6. It is **FURTHER ORDERED** that Mr. Lara Cordon's Motion for Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.