**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Juan Angel LARA CORDON,<br><br>Petitioner,<br><br>v.<br><br>Jamal L. JAMISON, *et al.*,<br><br>Respondents. | No. 25-cv-6937 |

## ORDER

**THIS MATTER** having come before the Court upon the parties' Joint Stipulation to Extend Deadlines for Filing a Motion for Attorney's Fees and Costs; and the Court having considered the stipulation and for good cause shown;

**IT IS** on this 30th day of March, 2026,

**ORDERED** that the deadline for Petitioner to file a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, or any other applicable statute, is **EXTENDED** to April 28, 2026.

_s/ANITA B. BRODY, J._____
**Hon. Anita B. Brody, U.S.D.J.**